**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT JOSEPH LEWIS PRICE,    :    Civil No. 1:25-CV-00930
                                                        :
    Plaintiff,                                    :
                                                        :
    v.                                                :
                                                        :
STEPHANY LOCKHART, *et al.*,          :
                                                        :
    Defendants.                                 :    Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 21st day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.    Defendant Lockhart's motion to dismiss the amended complaint, Doc. 43, is **GRANTED** pursuant to Local Rule 7.6.

2.    Defendants Wilbur and Mogan's motion to dismiss the amended complaint, Doc. 45, is **GRANTED** pursuant to Local Rule 7.6.

3.    The amended complaint, Doc. 29, is **DISMISSED**.

4.    The Clerk of Court is directed to **CLOSE** the case.

                s/Jennifer P. Wilson
                JENNIFER P. WILSON
                United States District Judge
                Middle District of Pennsylvania